# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ERICK BERNAL-TREJO,<br><br>Defendant. | Case No. 98cr2269-MMA<br><br>**ORDER AND JUDGMENT DISMISSING INDICTMENT AND RECALLING ARREST WARRANT**<br><br>[Doc. No. 4] |

Upon due consideration, good cause appearing, the Court **GRANTS** the government's motion and **DISMISSES** the Indictment in the above-entitled case against Defendant Erick Bernal-Trejo without prejudice. The Court further **ORDERS** that the Arrest Warrant be recalled.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: August 31, 2017

_____
HON. MICHAEL M. ANELLO
United States District Judge